UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL ELIZABETH WALASHEK, et al.,<br>        Plaintiffs,<br>    v.<br>FOSTER WHEELER LLC, et al.,<br>        Defendants. | Case No. 14-cv-02955-VC<br><br>**ORDER GRANTING MOTION TO CHANGE VENUE**<br><br>Re: Dkt. No. 27 |

Plaintiffs' unopposed motion to change venue is granted, and the hearing scheduled for August 14, 2014 is vacated. The clerk of the court is directed to transfer this case to the Southern District of California.

**IT IS SO ORDERED.**

Dated: August 11, 2014

VINCE CHHABRIA
United States District Judge